TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00540-CV

Uvaldo Ramos, Jr., Appellant

v.

State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-95-0041-C, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

PER CURIAM

Appellant's motion to extend time to file notice of appeal is overruled as untimely. 
See Tex. R. App. P. 26.3. The appeal is dismissed for want of jurisdiction.

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: August 31, 2000

Do Not Publish